IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY GUTIERREZ,

    Petitioner,

v.                                    No.    CV 16-639 WJ/CG
                                                    CR 12-155 WJ

UNITED STATES OF AMERICA,

    Respondent.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), (CV Doc. 19), filed June 27, 2017. In the PFRD, the Magistrate Judge recommended that Petitioner Anthony Gutierrez' *28 U.S.C. § 2255 Amended Motion to Vacate Sentence*, (CV Doc. 7), be denied, and that this case be dismissed with prejudice. The parties were notified that objections were due within fourteen days. (CV Doc. 19 at 10). No objections have been filed and the deadline of July 11, 2017 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Petitioner's *28 U.S.C. § 2255 Amended Motion to Vacate Sentence*, (CV Doc. 7), is **DENIED**, and this case shall be **DISMISSED with prejudice**.

_____
UNITED STATES DISTRICT JUDGE